# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.   CASE NO: 6:24-cr-91-WWB-EJK

**ADON O HEMLEY**

AUSA: Megan Testerman

Defense Attorney: Mark J. O'Brien/Timothy Anderson, Retained Counsel

| JUDGE: | **EMBRY J. KIDD**<br>United States Magistrate Judge | DATE AND TIME: | **December 10, 2024**<br>2:01 P.M.-2:22 P.M. |
|---|---|---|---|
| Courtroom: | 4C | TOTAL TIME: | 21 minutes |
| DEPUTY CLERK: | Julie Reyes | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | N/A | PRETRIAL/PROB: | |

### CLERK'S MINUTES
### PLEA HEARING

Case called, appearances made, procedural setting by the Court.
Defendant placed under oath.
Court inquires of the defendant-No issue as to competency.
Defendant consents to have the Magistrate judge take his plea.
Government summarizes the charge in the Indictment.
Court advises defendant of his rights and reviews the Notice of maximum penalty, elements of offense, personalization of elements and factual basis as stated on the record.
Defendant acknowledges that the factual basis is true and enters a plea of guilty.
Court receives the guilty plea and will enter a Report and Recommendation.
Sentencing will be set by separate notice.
Defendant remains on pretrial release pending sentencing.
Court adjourned.