George Steele

04-09-2025

To: Your Honor,

I George Steele uncle of Adon Hemley am writing this letter on his behalf of the case of (   ) that he is currently facing. This took me by complete surprise, as the Adon I know doesn't have such character.

I have known Adon since childhood and have always found him to be very focused and hard working. Adon always did well in his studies and was really sociable and fun loving. He took part in a lot of events and programs during his high school and college years and was always loved by the teachers and professors. After graduation from college he was so impressive in his job interview with the Marriot he was offered a job on the spot.

This serious act for which he is being found guilty of I believe is the result of very bad influences and a very poor decision on his part. I strongly feel that Adon and the society will not be affected if he wasn't sentenced to imprisonment. This would highly affect his future and deprive the community of his valuable deeds. He is deeply regretful of this unacceptable behavior and has shown enthusiasm towards doing and making better judgment going forward.

I am quite confident of his will to improve his decision making, his will to improve and thus urge you to restore your faith in him as I have.  He is a reliable, well-behaved and dignified nephew who has been the subject of bad influence and a poor decision that has created a bad impact. I request you to not hamper his career by sending him to prison and bereaving him of invaluable studies.

Sincerely,
George Steele

Dear Judge,

We are writing to you to provide a character reference for Adon Hemley, whom we collectively through our relationship and marriage have known for over 15 years and prior to this his entire lifetime. Throughout the years we have only noticed Adon's ability to be dedicated to all his commitments, he has been reliable in all the ways a person could wish for, and always trustworthy.

As kids, Adon and Daniel would enjoy many times having one another's company as well as Daniel admired watching Adon care for his grandmother with the utmost desire to ensure she is comfortable, fed, and well cared for. He never asked for much but was dependable in all that she needed anytime. We met in 2009, and Daniel struggled with the idea of 'what next' when thinking of his future and he provided Daniel with his example in completing his bachelor's degree at St. Thomas University. Shortly after, Daniel committed himself further to his education and now is a successful firefighter paramedic. Family was essential in Daniel's ability to complete this task and alongside their support he always checked in to make sure Daniel was still on track to ultimately achieving his goals. Adon consistently showed an interest in how we progressed in life, would oU'er the best advice, and led each interaction with intention, thoughtfulness, and consideration to us both. We welcomed our daughter 10 years ago and without a doubt Adon was the ideal candidate for being her godfather. He has always been reliable and someone we could call on even if simply for his presence and she has had nothing less since she was born.

We have gained awareness of what legal matters are present currently and we do understand these are serious matters. Our experiences in this lifetime and over the years with Adon has brought us to reach out as the situation is not reflective of Adon's character at all. Adon has always had the ability to be kind to others, overextends to anyone in need, and has always been dependable. We ask for your leniency as you evaluate this case and consideration for the Adon we know him to be.

Sincerely,
KeiannaAlannah Steele, MBA & FF/Medic Daniel Steele

**To Whom It May Concern,**

My name is Sarah Pera, and I am writing this letter on behalf of my brother. I hope my words can offer a glimpse into the kind of man he truly is—beyond the current legal matter he is facing, which I believe is not a reflection of his true character.

My brother is not only my sibling but also my role model and father figure. We are nine years apart, and when my father walked out of my life, he stepped in without hesitation. He has guided me through every stage of life, offering advice, encouragement, and unconditional support. I would not be the woman I am today without his presence, leadership, and love.

He has always been a standout—not just in our family, but in everything he has pursued. He made excellent grades, was admired by his teachers and peers, and had an unmatched passion for basketball. I watched him pour his heart into the game, and I know he had the talent and drive to earn a college scholarship. But he gave that dream up during his senior year so he could be there for me after school, ensuring I was safe and cared for while our mom worked. That sacrifice alone speaks volumes about the kind of person he is—selfless, dependable, and full of heart.

My brother is deeply empathetic and compassionate. He carries himself with integrity and is always willing to lend a helping hand, even at his own expense. It truly breaks my heart to see him going through this because I know who he is at his core: a good man, a protective big brother, and someone who has always chosen to lead with love.

This situation is not a reflection of the person I have known my whole life. I cannot imagine a world without him by my side. I ask that you consider his character, his heart, and all the good he has done—not just for me, but for everyone lucky enough to know him.

Thank you for taking the time to read this letter.

Sincerely,
**Sarah Pera**