**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.                                              CASE NO: 6:24-cr-91-WWB-NWH

ADON O HEMLEY

| | | | |
|---|---|---|---|
| **JUDGE:** | Wendy W. Berger | **COUNSEL FOR GOVERNMENT:** | Megan Testerman |
| **DEPUTY CLERK:** | Regina Fermer | **COUNSEL FOR DEFENDANT:** | Mark J. O'Brien |
| **COURT REPORTER:** | Heather Suarez  heather@stenosuarez.com | **PRETRIAL/PROBATION:** | Jennifer Trittipo |
| **SCHEDULED DATE/TIME:** | July 24, 2025  10:17am-11:14am  **Total Time: 1hr, 3 mins** | **INTERPRETER:** | N/A |

**MINUTES ON SENTENCING**

Interpreter placed under oath.

**SENTENCE IMPOSED as to Counts One, Thirteen, and Fourteen of the Indictment.**

**INCARCERATION**: FORTY-SIX (46) MONTHS. This term consists of a 46-month term as to Count One and a 36-month term as to Counts Thirteen and Fourteen, all such terms to run concurrently.

**SUPERVISED RELEASE**: 3 YEARS. This term consists of a 3-year term as to Count One and a 1-year term as to Counts Thirteen and Fourteen, all such terms to run concurrently
   *Special conditions of supervised release:*
   Mandatory drug testing requirements are imposed.
   Credit conditions imposed.
   Defendant shall cooperate in the collection of DNA.

**FINE:** waived.

**SPECIAL ASSESSMENT:** $300.00 is due immediately.

**RESTITUTION:** AMOUNT $ $2,380,410 to IRS-RACS.
   Restitution shall be paid jointly and severally with Emmanuel M. Almonor, Franklin L. Carter, Jonathan Carrillo, Abryle Y. De La Cruz, Diandre T. Mentor, and Kaylah Simone Dacosta, Docket Number 6:24-cr-215-JA-DCI.

- 2 -

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons **before 2:00 P.M. on August 22, 2025,** as notified by the United States Marshal.

The Court recommends to the Bureau of Prisons that the defendant:
1. Be placed at FCI Miami for familial proximity. If that facility is not available, then closest facility in the state of Florida.
2. Participate in any available educational and vocational programs available.

Defendant advised of right to appeal.