UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 6:24-CR-91-WWB-NWH |
| | : | |
| ADON O. HEMLEY | : | |
| _____ | : | |

**<u>MOTION TO WITHDRAW AS COUNSEL OF RECORD</u>**

COMES NOW, the Defendant, ADON O. HEMLEY, by and through his undersigned counsel, and hereby files this his motion to withdraw as counsel of record, and in support states as follows:

1. On December 10, 2024, the Defendant pleaded guilty to Counts One, Thirteen, and Fourteen of the Indictment.

2. On July 24, 2025, this Honorable Court sentenced the Defendant to a total of forty-six months in the custody of the Bureau of Prisons followed by three years of supervised release.

3. On August 1, 2025, the judgment was filed in this case.

4. On August 1, 2025, the Defendant filed a notice of appeal.

5. Undersigned counsel moves to withdraw as counsel of record.

6. On September 6, 2024, the Defendant entered into a fee agreement for legal

representation in the above styled case number in the Orlando Division of the Middle District of Florida only.

7. The fee agreement between the Defendant and attorney Mark J. O'Brien specifically stated on page one that it did not include an appeal to the Eleventh Circuit Court of Appeal.

8. Upon request by this Honorable Court, undersigned counsel will forward a copy of the signed fee agreement and a notarized financial affidavit from the Defendant to this Honorable Court.

9. Undersigned counsel certifies that the Defendant has been provided 14 days' notice of withdrawal or that the Defendant has consented to withdrawal.

    a. Undersigned counsel advised the Defendant he was filing this motion after sentencing and again by written letter with a copy of this motion.

10. Undersigned counsel requests the appointment of appellate counsel pursuant to the Criminal Justice Act.

## **CONCLUSION**

WHEREFORE, the Defendant, ADON O. HEMLEY, by and through his undersigned counsel prays this Honorable Court will grant the requested relief and/or any other relief deemed necessary.

Respectfully submitted,

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
Florida Bar No.: 0160210
511 West Bay Street
Suite 330
Tampa, Florida 33606
D:    (813) 228-6989
E:    mjo@markjobrien.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on August 1, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien<br>
Mark J. O'Brien, Esquire